UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL MONJI,<br><br>　　　Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, et al.<br><br>　　　Defendants. | Case No: 1:19-CV-01526-NONE-JLT<br><br>**PROPOSED** ORDER TO MODIFY THE SCHEDULING ORDER AND CONTINUE DEADLINES<br>(Doc. 46) |

### ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER

The Court, having reviewed the parties Stipulation to Modify the Scheduling Order and Continue Deadlines, hereby **GRANTS** the stipulation and ORDERS the case schedule modified as follows:

1. The parties SHALL complete all nonexpert and expert discovery no later than February 18, 2022.

2. The parties SHALL disclose their experts no later than January 10, 2022 and any rebuttal experts no later than January 31, 2022.

3. The parties SHALL file non-dispositive motions, if any, no later than March 4, 2022 to be heard no later than April 4, 2022.

3. The parties SHALL file dispositive motions, if any, no later than April 22, 2022 to be heard no later than May 24, 2022.

///

1

4. The settlement conference is scheduled on June 24, 2022 at 9:00 a.m. The parties SHALL lodge their confidential settlement conference statements no later than June 17, 2022.

IT IS SO ORDERED.

Dated: **November 5, 2021**         /s/ Jennifer L. Thurston
                                    CHIEF UNITED STATES MAGISTRATE JUDGE