# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL MONJI,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, et al.<br><br>    Defendants. | Case No: 1:19-CV-01526-NONE-JLT<br><br>**ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE**<br>(Doc. 50) |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The parties SHALL disclose their experts no later than January 31, 2022 and any rebuttal experts no later than February 9, 2022.

IT IS SO ORDERED.

Dated:  **December 27, 2021**          _/s/ Jennifer L. Thurston_
                                                                            CHIEF UNITED STATES MAGISTRATE JUDGE