Hugh S. Spackman, State Bar No. 150204
Samuel E. Carter, State Bar No. 321804
CLINKENBEARD, RAMSEY, SPACKMAN & CLARK, LLP
P.O. Box 21007
Santa Barbara, CA 93121
Phone: (805) 965-0043
Fax: (805) 965-8894
E-Mail: hspackman@crslawfirm.com

Attorneys for Defendant Kern County Health Authority

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL MONJI,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, a public entity; COUNTY OF KERN SHERIFF'S DEPARTMENT, an agency of the COUNTY OF KERN; BEHAVIORAL HEALTH AND RECOVERY SERVICES, an agency of the COUNTY OF KERN; KERN COUNTY HOSPITAL AUTHORITY, a public entity; SHERIFF DONNY YOUNGBLOOD, a public employee; DEPUTY TYSON DAVIS, a public employee; BILL WALKER, a public employee; DOES 1-10,<br><br>    Defendants. | Case No.:<br> Case No: 1:19-CV-01526-JLT-BAK<br> (SKO)<br>Complaint Filed: 10/28/19<br>Assigned to:<br>Honorable Magistrate Judge Sheila K. Oberto<br><br>**EX PARTE APPLICATION TO CONTINUE DEADLINES FOR FILING AND HEARING ON DISPOSITIVE MOTION; DECLARATION OF SAMUEL E. CARTER** |

**COMES NOW DEFENDANT KCHA REQUESTING AN EXTENSION BY ONE WEEK OF THE FILING DATE AND HEARING DATE OF MOTION FOR SUMMARY JUDGMENT.**

I, Samuel Carter, counsel for KCHA respectfully request that the Court continue the filing date for dispositive motions in this matter one week. I am recently partaking in a new type of therapy to address a long standing health issue that has increased my absences in the past week. The present matter is complex and involves numerous allegations of Constitutional violations and contractual breaches. I seek only an additional 7 days to secure final contacts with expert witnesses as well as recover fully.

I attempted to reach out to plaintiff's counsel as soon as it became evident that we would be burdened meeting this deadline. I both emailed and called Mr. Garrotto in an effort to secure a stipulated continuance. Mr. Garrotto can be reached at (310) 229-9200 at 1875 Century Park East Suite 2230 – jjggarrotto.msn.com. I did speak with co-defendant County Counsel Andrew Hamilton, who was amenable to a continuance of 7 days and indicated that the remaining co-defendant counsel would likewise be amenable to a brief continuance.

As such, I respectfully request that the hearing date scheduled for April 23, 2022 be continued 7 days for Monday April 29, 2022. I likewise apply to continue the present due date – April 22, 2022 – by seven days for Friday April 29, 2022.

Respectfully

Samuel E. Carter

Attorney for KCHA

### [PROPOSED] ORDER

Based on the above stipulation and the court finding good cause the court hereby orders:

That the current deadline to file dispositive motions by April 22, 2022, be continued 7 days until Friday, April 29, 2022.

IT IS SO ORDERED.

Dated:   **April 22, 2022**                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE