Hugh S. Spackman, State Bar No. 150204
Samuel E. Carter, SBN 195015
CLINKENBEARD, RAMSEY, SPACKMAN & CLARK, LLP
P.O. Box 21007
Santa Barbara, CA 93121
Phone: (805) 965-0043
Fax: (805) 965-8894

Attorneys for Defendant KERN COUNTY HOSPITAL AUTHORITY

[**No filing fee required pursuant to Govt Code § 6103**]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL MONJI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KERN, a public entity; COUNTY OF KERN SHERIFF'S DEPARTMENT, an agency of the COUNTY OF KERN; BEHAVIORAL HEALTH AND RECOVERY SERVICES, an agency of the COUNTY OF KERN; KERN COUNTY HOSPITAL AUTHORITY, a public entity; SHERIFF DONNY YOUNGBLOOD, a public employee; DEPUTY TYSON DAVIS, a public employee; BILL WALKER, a public employee; DOES 1-10,<br><br>　　　　Defendants. | CASE NO.  1:19-CV-01526-JLT-BAK (SKO)<br><br>Assigned Judge:<br>Hon. Magistrate Judge Sheila K. Oberto<br>Courtroom.:   4<br><br>ORDER ON STIPULATION TO CONTINUE FILING AND HEARING DATES ON DISPOSITIVE MOTIONS AND SETTING TRIAL DATE<br><br>(Doc. 58)<br><br>Action Filed:       10/28/19<br>Trial Date:<br><br>Public Entity Exempt from Filing Fees Pursuant to Cal. Gov. Code § 6103 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**WHEREAS** all parties have agreed to continued the deadline for filing dispositive motions; and

**WHEREAS** all parties have agreed that dispositive motions may be heard on a date, not later than June 20, 2022;

**IT IS HEREBY STIPULATED** by and between counsel for all parties that the

present deadline to file dispositive motions is extended from April 29, 2022 to May 16th, 2022.

**IT IS FURTHER STIPULATED** by and between counsel for all parties that dispositive motions may be heard on a date not later than June 20, 2022.

**SO STIPULATED.**

Dated: April __, 2022        LAW OFFICES OF GREG W. GARROTTO

                                      By:     /s/ Greg W. Garrotto
                                                Greg W. Garrotto
                                                Attorneys for Plaintiff Marcel Monji

Dated: April __, 2022        OFFICE OF COUNTY COUNSEL,KERN COUNTY

                                      By:     /s/ Andrew Hamilton
                                                Andrew Hamilton
                                                Attorneys for Defendant County of Kern

Dated: April __, 2022        LAURIA TOKUNAGA GATES & LINN LLP

                                      By:     /s/Raymond R. Gates
                                                Raymond R. Gates
                                                Attorneys for Defendants Behavioral Health and Recovery Services; Bill Walker

Dated: April __, 2022        CLINKENBEARD, RAMSEY, SPACKMAN &CLARK, L

                                      By:      /s/ Hugh S. Spackman, Esq.
                                                Hugh S. Spackman, Esq.
                                                Samuel E. Carter, Esq.
                                                Attorneys for Defendant, KERN COUNTY HOSPITAL AUTHORITY

/ / /

/ / /

/ / /

## ORDER

Based on the foregoing stipulation (Doc. 58) and for good cause shown, the Court hereby ORDERS as follows:

1. The deadline to file dispositive motions for all parties is CONTINUED from April 29, 2022, to May 16, 2022; and
2. Dispositive motions shall be heard no later than June 21, 2022[1]; and
3. The pre-trial conference, currently set for August 15, 2022, is CONTINUED to August 19, 2022, at 1:30 p.m. in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **May 2, 2022**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' requested date of June 20, 2022, falls on a federal holiday.