# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL MONJI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:19-cv-01526-JLT-BAK<br><br>ORDER RE STIPULATION TO EXTEND THE TIME TO OPPOSE THE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 63) |

　　　The Court, having reviewed and considered the Stipulation to Extend the Time to File Opposition to the Motion for Summary Judgment of Defendants County of Kern, Kern County Sheriff's Office, Behavioral Health and Recovery Services, Donny Youngblood, Tyson Davis and Bill Walker (Doc. 63) finds that there is good cause and HEREBY ORDERS:

　　　Plaintiff Marcel Monji's time to file Opposition to the Motion for Summary Judgment (Doc. 59) is extended from May 13, 2022, to and including **May 20, 2022**;

　　　Any Reply to the Opposition is extended from May 23, 2022, to and including **May 27, 2022**; and

　　　The hearing on the motion is continued from May 24, 2022, to **May 31, 2022**, at 8:30 a.m. in Department 4 of the above-entitled Court.

IT IS SO ORDERED.

Dated: **May 5, 2022**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE