MARGO A. RAISON, KERN COUNTY COUNSEL
Andrew C. Hamilton, Deputy (SBN 299877)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805

Attorneys for Defendant County of Kern,
Donny Youngblood, Tyson Davis, and Bill Walker

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL MONJI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, a public entity; COUNTY OF KERN'S SHERIFF'S DEPARTMENT, an agency of the COUNTY OF KERN; BEHAVIORAL HEALTH AND RECOVERY SERVICES, an agency of the COUNTY OF KERN; KERN COUNTY HOSPITAL AUTHORITY, a public entity; SHERIFF DONNY YOUNGBLOOD, a public employee; DEPUTY TYSON DAVIS, a public employee; BILL WALKER, a public employee; DOES 1-10,<br><br>　　　　　　Defendants. | CASE NO.: 1:19-CV-01526-JLT-BAK (SKO)<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES that the dates for Defendants County of Kern, Donny Youngblood, Tyson Davis, and Bill Walker's Motion for Summary Judgment or, in the Alternative, Summary Adjudication will be modified as follows:

Defendants County of Kern, Donny Youngblood, Tyson Davis, and Bill Walker will have until June 1, 2022 to file a reply brief in support of their Motion.

1

| | | |
|---|---|---|
| 1 | Dated: May 24, 2022 | MARGO A. RAISON, COUNTY COUNSEL |
| 2 | | By: /s/ Andrew C. Hamilton |
| | | Andrew C. Hamilton, Deputy |
| 3 | | Attorneys for Defendants County of Kern, Donny |
| 4 | | Youngblood, Tyson Davis, and Bill Walker |
| 5 | Dated: May 24, 2022 | LAW OFFICE OF PHILLIP GANONG |
| 6 | | By: /s/ Greg W. Garrotto* |
| 7 | | Greg W. Garrotto, Esq. |
| | | Attorney for Plaintiff Marcel Monji |
| 8 | | |
| 9 | Dated: May 24, 2022 | LAURIA TOKUNAGA GATES & LINN, LLP |
| 10 | | By: /s/ Joseph Helfrick* |
| | | Joseph Helfrick, Esq. |
| 11 | | Attorneys for Defendants Kern Behavioral Health and |
| 12 | | Recovery Services and Bill Walker |
| 13 | Dated: May 24, 2022 | CLINKENBEARD RAMSEY SPACKMAN & CLARK, LLP |
| 14 | | By: /s/ Sam Carter* |
| | | Sam Carter, Esq. |
| 15 | | Attorneys for Defendant Kern County Hospital District |

*Signed with permission on 5/24/2022.

## [~~PROPOSED~~] ORDER

**THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED** that the Scheduling Order be Amended as follows:

Defendants County of Kern, Donny Youngblood, Tyson Davis, and Bill Walker will have until June 1, 2022, to file a reply brief in support of their Motion for Summary Judgment or, in the Alternative, Summary Adjudication.

IT IS SO ORDERED.

Dated:   **May 26, 2022**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE